■ The People of the State of New York, Respondent, v Mario Flores, Appellant. [618 NYS2d 815] —Judgment, Supreme Court, Bronx County (Harold Silverman, J.), rendered June 1, 1993, convicting defendant, after a jury trial, of sexual abuse in the first degree, and sentencing him to a term of 2 to 6 years, unanimously affirmed.

Defendant failed to preserve his claim that testimony about an incident in which he was discovered, draped only in a towel, in the presence of the child victim constituted improper "uncharged crime" evidence, and we decline to review it in

the interest of justice, particularly since defendant made affirmative use of this testimony *(People v Littlejohn, 72 AD2d 515).* Were we to review this claim, we would find it without merit, because mere speculation that a jury might discern something sinister about a defendant's behavior does not render that behavior an "uncharged crime" *(People v Bowls, 185 AD2d 116),* and because the challenged evidence was relevant in that it was interwoven with *People v Vails* (43 NY2d 364, 368), and completed the narrative of *People v Gines* (36 NY2d 932), the circumstances that triggered the child victim's outcry. Concur—Murphy, P. J., Rosenberger, Ross, Rubin and Williams, JJ.